UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>CORINA FLORES-TEJADA,<br><br>  Defendant. | Case No. 2:24-cr-00131-JAD-MDC<br><br>**ORDER** |

    IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Monday, February 10, 2025 at 11:00 a.m., be vacated and continued to March 13, 2025 at the hour of 11:00 a.m.; or to a time and date convenient to the court.

    DATED this 5th day of February, 2025.

                                          _____
                                          UNITED STATES DISTRICT JUDGE

3